IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GABRIEL NATHAN LOPEZ,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1197

_____/

Opinion filed October 7, 2015.

An appeal from an order of the Circuit Court for Duval County.
Suzanne Bass, Judge.

Gabriel Nathan Lopez, pro se; Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED. Walton v. State, 106 So. 3d 522 (Fla. 1st DCA 2013).

ROBERTS, C.J., MARSTILLER and MAKAR, JJ., CONCUR.